UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN HOUSE, : | |
|     Plaintiff, : | |
| : | |
| v. : | No. 2:20-cv-02683 |
| : | |
| JOHN DOE #1, *et al.*, : | |
|     Defendant. : | |

**O R D E R**

**AND NOW**, this 31st day of August, 2021, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motions to Dismiss, ECF Nos. 19 and 22, are **GRANTED**.

2. The Complaint, ECF No. 1, is **DISMISSED as follows**:

    A. House's claims that Defendants failed to respond to his grievances and about the timing, temperature, and lack of variety or a menu for Kosher meals are **dismissed with prejudice**.

    B. House's claims that he was denied a nutritionally adequate diet in violation of the Eighth Amendment and that Defendants violated his equal protection rights by having him sign for his Kosher meals are **dismissed without prejudice**.

3. **No later than September 30, 2021**, House may file an amended complaint in accordance with the Opinion issued this date. If House fails to timely file an amended complaint, all claims will be dismissed with prejudice and the case will be closed.

4. The Clerk of Court is **DIRECTED** to send copies of the Opinion and Order to the parties at the addresses of record and, additionally, to:

    Juan House
    1221 Race Street
    Philadelphia, PA 19107

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge